# Exhibit E

DocuSign Envelope ID: 6CCAB621-F67D-450E-A1BB-B1282B84B448



Contract #: SP-0000-14843553

23 October 2017

**VIA: WORLDWIDE CARRIER AND EMAIL**

PALAXO Technologies, LLC
P.O. Box 117 254
Dubai, United Arab Emirates
pavel.cernoch@palaxo.com  (email)
Attn: Pavel Černoch


Re:     Termination of Reseller Agreement

To whom it may concern:

This letter is to notify you that Hyland Software, Inc. ("Hyland") is not renewing, and accordingly is terminating, the Reseller Agreement, dated on or about 26 January 2015 ("Reseller Agreement"), between Hyland and PALAXO Technologies, LLC ("you" or "Reseller") pursuant to Section 17.1 of the Reseller Agreement. This termination will be effective as of the close of business, U.S. Eastern Time, on 25 October 2017.

Among other things, as a result of this termination of the Reseller Agreement:

(a) all rights of Reseller to market, re-license and in any other manner use (including, but not limited to, any in-house uses or demonstration uses) the Software shall cease immediately at the effective time of termination; and this includes your immediate termination of any federal, state, local or foreign government contracting schedules that you are a party to the extent such schedules include the Software or any services related to the Software;

(b) you will uninstall, immediately at the effective time of termination, all copies of the Software on any systems that you own or use, including all in-house and demonstration copies of the Software, and return to Hyland all media, HASPs and documentation used by you or otherwise associated with the Software;

(c) all rights of Reseller to use any trademarks, trade names or other intellectual property or proprietary rights ("Intellectual Property") of Hyland shall cease immediately at the effective time of termination; and

(d) All rights of Reseller to use of any documentation, supplies, materials or advertising that refers to Hyland or any of its products or services, or that contains any of the Intellectual Property of Hyland shall cease immediately at the effective time of termination. This includes but is not limited to the removal of any and all such references and uses in or on any web site maintained by or for Reseller.

Contract #:

      In addition, and among other things, as a result of this termination all obligations of Hyland to provide maintenance and support of the Software to Reseller, including, but not limited to, the obligation to deliver updates, releases, enhancements and improvements to the Software, shall cease immediately at the effective time of termination.

      You acknowledge and agree that the Reseller Agreement contains various provisions that by their terms are intended to survive any termination of the Reseller Agreement, including, but not limited to, the provisions of Section 7 and Sections 17.5, 17.6, 17.7 and 17.8 (and the various provisions referenced in Section 17.8). 7 All of such provisions shall survive this termination of the Reseller Agreement and shall continue in full force and effect in accordance with their terms, and all of such surviving provisions are hereby incorporated in this letter agreement by reference as if fully rewritten herein.

      We wish you good luck in your future business endeavors.

Sincerely,

HYLAND SOFTWARE, INC.

By: _Noreen B. Kilbane_ (DocuSigned: B716F235DE5A424...)

Title: Chief Administrative Officer

Hyland Legal

Approved By: _90_ (DS)

Date: October 23, 2017

Copyright © 2017 Hyland Software, Inc.      (Confidential)      2 of 2