# Exhibit J

**ABDULLA AL AWADI** | عبد الله العوضي
ADVOCATES & LEGAL CONSULTANTS | محــامــون و مستشــارون قانونيــون

Date: **12 March 2018**
Our Ref: AA/31/2018/Mth

M/s. Hyland Software Inc. ("**Hyland**")
28500 Clemens Road, Westlake, Ohio 44145 USA
Fax:   +1 440.788.5100
Email:  bill.priemer@hyland.com , chris.hyland@hyland.com, noreen.kilbane@hyland.com

*(by fax & email)*

<u>Subject: Legal Notice</u>

Dear Sirs,

We act for Palaxo Technologies LLC ("**our client and/or Palaxo**"), and writing to you in relation to the Reseller Agreement for OnBase Solution Providers dated 26 January 2015 and its subsequent Amendments dated 26 January 2015, 11 June 2015, 12 April 2016 and 28 April 2016 signed between Hyland and our client (Collectively referred to as the "**Reseller Agreement**").

On 23 October 2017, Hyland sent our client a Termination of the Reseller Agreement with effect from 25 October 2017 ("**Termination Notice**"), the matter which was not only a flagrant breach to Hyland' obligations under the Reseller Agreement but also was a sudden shock to our client which contradicts with both parties' commercial practice and agreement.

Our client strongly denies Hyland's entitlement to terminate the Reseller Agreement by 2 days' notice under Section 17.1 of the Reseller Agreement. Hyland's conduct in the Termination Notice warrants to a gross breach to its contractual obligations that sustained our client a direct and severe loss, including lost profits.

We reminds Hyland of the registered OnBase opportunities which our client were about to secure them for the value of millions of US dollars. Our client, as an immediate effect of Hyland's unilateral termination, lost such opportunities along with the efforts & cost incurred for the same.

Page **1** of **2**

Burj Khalifa Street | Business Bay | Prime Tower 10th Floor, P.O. Box: 26665, Dubai, U.A.E.
T: 00971 4 335 2200 F: 00971 4 334 2200 E: info@abdullaalawadi.com
www.abdullaalawadi.com

**ABDULLA AL AWADI**
ADVOCATES & LEGAL CONSULTANTS

عبد الله العوضي
محــامــون و مستشــارون قانونيــون

In the event that you do not provide the requested written proposal by Thursday, 25 March 2018, our client will have no choice but to commence the necessary proceedings against you and will hold you solely responsible for costs.

We await hearing from you.

Yours truly;

Abdulla Al Awadi, Advocates & Legal Consultants